**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Shawna Whiteaker

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 2:01-cr-0512-MCE |
| Plaintiff, | **ORDER** |
| vs. | |
| Shawna Whiteaker, | JUDGE: **Hon. Morrison C. England, Jr.** |
| Defendant | |

**ORDER**

Based on the Stipulation of the parties and the U.S. Probation Office, and **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the condition of defendant's

- 1 -

probation requiring home detention is hereby eliminated.   It is further ordered defendant's period of probation is hereby terminated.

**IT IS SO ORDERED**

**DATED: January 4, 2007**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE